# COURT

8:26-CV-82-SDM-SPF

K. BURNS (ROGERS) – PO BOX 2101 ST.LEO, FLA 33574

DISABLED VICTIM

Vs.

CHERYL GOOLDIN (ROGERS) – 6250 7TH AVE , NPR FL 34652

CGR IS A LIAR AND LANDLORD

WHO's DEPRIVATION OF RIGHTS UNDER COLOR OF LAW

WAS COMMITTED TO HARM A MENTALLY DISABLED CITIZEN.

COMES NOW K.BURNS, WHO PRESENTS EVIDENCE TO

1. CGR COMMITTED PERJURY, TO HARM ME. BY STATING TO SSA THAT I LIVED WITH CGR WHILE SHE HAD A domestic violent injunction ORDER AGAINST ME. SHOWING PERJURY WAS COMMITTED BUT SSA DID NOTHING ABOUT IT WHEN I REPORTED THIS CRIME.
2. THIS ALLOWED CGR TO BECOME ABOVWE THE LAW
3. AND GOTO THE COURTS AND PROVIDE A DULY SWORN LIE TO HAVE ME EVICTED FOR NOT PAYING MY RENT.
4. WHEN IN FACT AT THE TIME OF FILING THIS LIE
5. CGR WAS IN POSSESSION OF MY RENT PAYMENT. THAT OVER PAID MY RENT BY 5 MONTHS AND WAS NOT EVEN LATE AT THE TIME OF PAYMENT.ACCORDING TO RECORDS KEEP AND PROVIDED HERE IN.

RELIEF DEMANDED: ARREST FOR PERJURY AND 55,500 DOLLARS IN COMPENSATION FOR PAIN AND SUFFERING.

IFP

IN THE CIRCUIT COURT OF THE _____ JUDICIAL CIRCUIT,
IN AND FOR _____ COUNTY, FLORIDA

Case No.: 2015-DR-5172 WS
Division: Q2

Cheryl Lynne Gooldin
**Petitioner,**
and

Kevin Lee Burns
**Respondent.**

## PETITION FOR INJUNCTION FOR PROTECTION
## AGAINST DOMESTIC VIOLENCE

2015 OCT 19 A 10:1

FILED FOR RECORD
PASCO COUNTY, FLORIDA

Paula O'Neil
Clerk & Comptroller
Pasco County, Florida

I, *(full legal name)* Cheryl Lynne Gooldin being sworn, certify that the following statements are true:

### SECTION I. PETITIONER
(This section is about you.  It must be completed.  However, if you fear that disclosing your address to the respondent would put you in danger, you should complete and file a **Request for Confidential Filing of Address**, Florida Supreme Court Approved Family Law Form 12.980(h), and write confidential in the space provided on this form for your address and telephone number.)

   1.   Petitioner's current address is: *(street address)* 6250 7th Avenue
*(city, state and zip code)* New Port Richey, FL 34653
Telephone Number: *(area code and number)* (H) 727-817-1970    (C) 727-365-3167
Physical description of Petitioner:
Race: W   Sex: Male _____   Female X   Date of Birth: 7/15/1962

   2.   Petitioner's attorney's name, address, and telephone number is: None

(If you do not have an attorney, write none.)

### SECTION II. RESPONDENT
(This section is about the person you want to be protected from.  It must be completed.)

   1.   Respondent's current address is: *(street address, city, state, and zip code)* Homeless

Respondent's Driver's License number is: *(if known)* Unknown

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

**Below is a brief description of the latest act of violence or threat of violence that causes Petitioner to honestly fear imminent domestic violence by Respondent.**
**(Use additional sheets if necessary.)**

On *(date)* Oct 12, 2015 , at *(location)* 4201 Grand Blvd New Port Richey
Respondent: Kevin Lee Burns came to 4201 Grand Blvd N.P.R
~~Came~~ drunk & (or stoned) demanding money. I told him to
leave. He had been staying @ 6250 7th Ave NPR for Approx 10 days.
He got his stuff & stole some stuff like cooler, blankets, etc.
& started texting crazy threatening things. "I will pay
a greater toll" "Unlike U I have nothing to loose." Husband
his lifedying wish" "until u have lost everything like me
you won't get it." While I live in my car, I will only
be thinking or bring that same kind of pain "
I received 13 text On Oct 12, 2015 - Still on
my phone.
I have many text from as far back as April 2015
from multiple phone #s. all of them Saved.
Several times in the past few months He has
called & made me feel unsafe.
On Aug 6, 2015 I went to the Port Richey Police

__X__ Please indicate here if you are attaching additional pages to continue these facts.     Dept.

**5. Additional Information**
    *(indicate all that apply)*
a. __X__ Other acts or threats of domestic violence as described on attached sheet.
b. _____ This or other acts of domestic violence have been previously reported to *(person or agency)*:_____
c. _____ Respondent owns, has, and/or is known to have guns or other weapons.
    Describe weapon(s): _____
        d. __X__ Respondent has a drug problem.
    e. __X__ Respondent has an alcohol problem.
    f. __X__ Respondent has a history of mental health problems. If checked, answer the following,
        if known:
        Has Respondent ever been the subject of a Baker Act proceeding? __X__ Yes _____ No
        Is Respondent supposed to take medication for mental health problems?

Florida Supreme Court Approved Family Law Form 12.980(a), Petition for Injunction for Protection Against Domestic Violence (03/15)

Cheryl Gooldin, Petitioner                    Pg 2

## ADDENDUM TO PETITION FOR INJUNCTION

to report a phone threat where Kevin Lee Burns said he was "going to get a machine gun and blow away everyone who has lied to him.

Kevin has been in & out of prison & mental hospitals for many years. He self mutelates (cuts himself), has attempted suicide several ~~times~~ time. He blames me for everything that has ever happened to him.

I am afraid he is going to hurt me or my husband.

## CERTIFICATE OF LIVE BIRTH
### FLORIDA    109-

| CHILD—NAME | FIRST | MIDDLE | LAST | SEX | DATE OF BIRTH | HOUR |
|---|---|---|---|---|---|---|
| | KEVIN | LEE | ROGERS | Male | March 26, 1984 | 6:44P |

HOSPITAL—NAME (If not in hospital, give street and number)    East Pasco Medical Center

CITY, TOWN OR LOCATION OF BIRTH    Dade City    COUNTY OF BIRTH    Pasco

I certify that the above information concerning this child is true to the best of my knowledge and belief.

CERTIFIER—NAME AND TITLE (Type or print)    Lillie Ruth Southward, Clerk

DATE SIGNED    3 27 84    NAME AND TITLE OF ATTENDANT AT BIRTH IF OTHER THAN CERTIFIER (Type or print)    R.L. Simmons, MD

MAILING ADDRESS (Street or R.F.D. No., City or Town, State, Zip)    608 W. Howard Ave. Dade city, Fl.    33525

REGISTRAR    Mildred P. Sprigg    DATE RECEIVED BY REGISTRAR    March 27, 1984

MOTHER—MAIDEN NAME    Cheryl    Lynne    Rogers    AGE (At time of this birth) 21    STATE OF BIRTH (If not in U.S.A., name country) Ohio

RESIDENCE—STATE    Florida    COUNTY    Pasco    CITY, TOWN OR LOCATION    Zephyrhills    STREET AND NUMBER OF RESIDENCE    2 'A Orchard Dr.    INSIDE CITY LIMITS No

MOTHER'S MAILING ADDRESS (If same as above, insert Zip Code only)    34248

FATHER—NAME    FIRST    MIDDLE    LAST

I certify that the personal information provided on this certificate is correct to the best of my knowledge and belief.

(Signature of Parent)    Cheryl Lynne Rogers

INFORMATION FOR MEDICAL AND HEALTH USE ONLY

---

### CERTIFIED COPY

HEREBY CERTIFY THE ABOVE TO BE A TRUE AND CORRECT COPY OF THE LOCAL REGISTRAR'S
RECORD ON FILE IN THE OFFICE OF THE PASCO COUNTY HEALTH DEPARTMENT, VITAL STATISTICS
TION, AT DADE CITY, FLORIDA 33525.

ING: NOT VALID UNLESS RAISED SEAL OF PASCO COUNTY HEALTH DEPARTMENT IS AFFIXED.

April 4, 1984
DATE

Mildred P. Sprigg
MILDRED P. SPRIGG
CHIEF DEPUTY REGISTRAR

# Social Security Administration
# **Supplemental Security Income**
Important Information

SOCIAL SECURITY
SUITE 100
8661 CITIZENS DRIVE
NEW PORT RICHEY FL 34654
Date: November 28, 2016
Claim Number: ████████████

*AFTER I had come out of the coma and was regaining my physical self and had already regained my mental state back*

709 16S1804D17906

CHERYL LYNNE GOOLDIN
FOR KEVIN LEE BURNS
6250 7TH AVE
NEW PORT RICHEY FL 34653-5255

KEVIN L. BURNS' current monthly Supplemental Security Income (SSI) payment is $735.00 for January 2017. He will continue to get this amount each month unless there is a change in the information we use to figure his payment.

We explain how we figured the monthly payment amount on the worksheets at the end of this letter. The explanation shows how his income, other than any SSI payments, affects his SSI payment.

## How We Will Pay KEVIN L. BURNS

We have decided that SSI payments for KEVIN L. BURNS will be sent to you. By regulation, all payments are to be used for his well-being and benefit. As representative payee for this individual, you have certain reporting responsibilities. You should read the enclosed pamphlet and the rest of this notice carefully. If you have any questions related to your duties as a representative payee, we invite you to visit our website at www.socialsecurity.gov/payee on the Internet.

## When You Will Receive His Payments

You will receive his monthly payment of $735.00 around January 1, 2017, and on the first of each month after that.

## Information Used In Making The Decision

- He was found disabled on February 28, 2013.

See Next Page

SSA-L8166

     BOAN          TOP/GS/CC          SG-SSA-11    Pag

I have lived at this address since April 2005.    *The defendant's DUI*

KEVIN LEE BURNS lives at 6250 7TH AVE, NEW PORT RICHEY, FL, 34653.    *PROVES THA*

My telephone number is (727) 365-3167.    *THIS STATE PROVIDE UNDER*

I/my organization:    *FEDERAL PENALTY OF PERJURY IS A LIE*

- Must use all payments made to me/my organization as the *MADE*
  representative payee for the claimant's current needs or (if not *AGTI*
  currently needed) save them for his/her future needs.    *ME AN*
- May be held liable for repayment if I/my organization misuses
  payments or if I/my organization am/is at fault for any overpayment *M*
  benefits.
- May be punished under Federal law by fine, imprisonment or bot *L*
  I/my organization am/is found guilty of misuse of Social Security o *AC*
  benefits.

I/my organization will:

- Use the payments for the claimant's current needs and save any
  currently unneeded benefits for future use.
- File an accounting report on how the payments were used, and m
  supporting records available for review if requested by the Social
  Security Administration.
- Reimburse the amount of any loss suffered by any claimant due
  misuse of Social Security or SSI funds by me/my organization.
- Notify the Social Security Administration when the claimant di
  leaves my/my organization's custody or otherwise changes his/her li
  arrangements or he/she is no longer my/my organization's
  responsibility.
- Comply with the conditions for reporting certain events (liste
  attached sheet(s) which I/my organization will keep for my/my
  organization's records) and for returning checks the claimant is no
  due.
- File an annual report of earnings if required.
- Notify the Social Security Administration as soon as I/my orga
  can no longer act as representative payee or the claimant no longer
  needs a payee.

I know that anyone who makes or causes to be made a false statement or
representation of material fact relating to a payment under the Social Security
Act commits a crime punishable under Federal law by fine, imprisonment or
both.  I affirm that all information I have given in this document is true.

Signature _____  _____

Date _____  _____

5

 

TOP/GS/CC
   UNC/B/

Pag

SG-SSA-11

```
:    MAW    :
:              :
:              :
:_____:
```

### Request To Be Selected As Payee

288-62-85

I request that the Supplemental Security Income Benefits for KEVIN LEE
BURNS be paid to me as representative payee.

KEVIN LEE BURNS needs a payee because he has a mental impairment.

I would be the best payee for KEVIN LEE BURNS because I take care of him,
there is no one else who is willing to be payee, and I am his relative.

I will know about KEVIN LEE BURNS' needs because I visit him every day.

Information About The Person For Whom You Are Applying

KEVIN LEE BURNS has no other relatives or close friends who live with or
are interested in being his representative payee.

KEVIN LEE BURNS does not have a legal guardian.

Information About Payee Applicant

My name is CHERYL LYNNE GOOLDIN. My social security number is
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. I was born on July 15, 1962. *to MARCH 26, 1984 8 months*

I submitted Driver's License as my proof of identity.

I am the Uncle of KEVIN LEE BURNS. *WRONG I am the Uncle*

I have never been convicted of a felony. *YET*

I have never been imprisoned for more than one year.

I do not have an unsatisfied felony warrant.

I am employed by SELF-EMPLOYED COASTAL CREMATIONS, NEW PORT
RICHEY, FL. I have worked there since December 2009.

My mailing address is 6250 7TH AVE, 1123 WALT WILLIAMS RD, NEW PORT
RICHEY, FL, 34653.

My home address is 6250 7TH AVE, 1123 WALT WILLIAMS RD, NEW PORT
RICHEY, FL, 34653.

6



BOAN                TOP/GS/CC                    SG-SSA-11        Pag

I have lived at this address since April 2005.  *The defendant DUI*

KEVIN LEE BURNS lives at 6250 7TH AVE, NEW PORT RICHEY, FL, 34653.  *PROVES THI*

My telephone number is (727) 365-3167.  *THIS STATE PROVIDE ORDER*

I/my organization:  *FEDERAL PENALTY OF PERJURY IS A LIE*

- Must use all payments made to me/my organization as the *MADE*
  representative payee for the claimant's current needs or (if not *AGI*
  currently needed) save them for his/her future needs.  *ATE  AN*
- May be held liable for repayment if I/my organization misuses
  payments or if I/my organization am/is at fault for any overpayment *L*
  benefits.
- May be punished under Federal law by fine, imprisonment or bot *L*
  I/my organization am/is found guilty of misuse of Social Security o *A*
  benefits.

I/my organization will:

- Use the payments for the claimant's current needs and save any
  currently unneeded benefits for future use.
- File an accounting report on how the payments were used, and m
  supporting records available for review if requested by the Social
  Security Administration.
- Reimburse the amount of any loss suffered by any claimant due
  misuse of Social Security or SSI funds by me/my organization.
- Notify the Social Security Administration when the claimant di
  leaves my/my organization's custody or otherwise changes his/her li
  arrangements or he/she is no longer my/my organization's
  responsibility.
- Comply with the conditions for reporting certain events (liste
  attached sheet(s) which I/my organization will keep for my/my
  organization's records) and for returning checks the claimant is no
  due.
- File an annual report of earnings if required.
- Notify the Social Security Administration as soon as I/my orga
  can no longer act as representative payee or the claimant no longer
  needs a payee.

I know that anyone who makes or causes to be made a false statement or
representation of material fact relating to a payment under the Social Security
Act commits a crime punishable under Federal law by fine, imprisonment or
both.  I affirm that all information I have given in this document is true.

Signature _____ _____

Date _____ _____

9|



TOP/GS/CC           SG-SSA-11     Pag
UNC/B/

```
:        MAW        :
:                   :
:                   :
:_____:
```

### Request To Be Selected As Payee

288-62-85

I request that the Supplemental Security Income Benefits for KEVIN LEE
BURNS be paid to me as representative payee.

KEVIN LEE BURNS needs a payee because he has a mental impairment.

I would be the best payee for KEVIN LEE BURNS because I take care of him,
there is no one else who is willing to be payee, and I am his relative.

I will know about KEVIN LEE BURNS' needs because I visit him every day.

Information About The Person For Whom You Are Applying

KEVIN LEE BURNS has no other relatives or close friends who live with or
are interested in being his representative payee.

KEVIN LEE BURNS does not have a legal guardian.

Information About Payee Applicant

My name is CHERYL LYNNE GOOLDIN.  My social security number is
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.  I was born on July 15, 1962.

I submitted Driver's License as my proof of identity.

I am the Uncle of KEVIN LEE BURNS.

I have never been convicted of a felony.

I have never been imprisoned for more than one year.

I do not have an unsatisfied felony warrant.

I am employed by SELF-EMPLOYED COASTAL CREMATIONS, NEW PORT
RICHEY, FL.  I have worked there since December 2009.

My mailing address is 6250 7TH AVE, 1123 WALT WILLIAMS RD, NEW PORT
RICHEY, FL, 34653.

My home address is 6250 7TH AVE, 1123 WALT WILLIAMS RD, NEW PORT
RICHEY, FL, 34653.

(10)

EXHIBIT NO. B20E
PAGE: 7 OF 41

January 22, 2019

To Whom It May Concern:
RE: Kevin Burns

Ċ

Kevin Lee Burns was born March 26, 1984 in Dade City, Florida, as Kevin Lee Rogers. He was raised and eventually adopted by his great-grand parents, Davey and Helen Burns, who have both passed away. My name is Cheryl (Rogers) Gooldin, Kevin's birth mother and grandchild of Davey and Helen Burns.

I have been in and around Kevin during most of his life. He has a history of mental health issues/concerns. He has multiple psychological issues.

51

She told me that she did LSD while pregnate (?) with me AND Sold me 20% ownership of Coastal Cremation inc. that I bought on a PRISON Recorded phone line, but Never Got anything thing for. F

Cheryl Gooldin



*Clerk of the Circuit Courts Dixie County*
## Barbara Higginbotham

PO Box 1206
214 NE HWY 351
Cross City, FL 32628
352-498-1200

RE: CASE #23-CC-99                                    FEBRUARY 14, 2024

Dear Mr. Burns:

Good morning,

Our office received an envelope from you with a Money Order for $222.00 along with a note from you as to what the Money Order is for.

In reviewing your case, it was found that the type of case that you filed does not allow Registry payments to be made from the Plaintiff (which is you). Typically Registry payments are made from the Defendants on Eviction type cases or Unlawful Detainer Cases. Your case does not fit this case type.

I am returning everything to you in the way that I received it. Please let us know if there is anything further that we need to do for you. I am sending your case over to the Judge to look over and see if it needs to be set for hearing.

Thank you,

*Kim Hodge*

Deputy Clerk
Kim Hodge
352-498-1200  Ext #2505

A)
FLA. STATUTE:
83.64

KAIN BURNS

C)

digital
Signiter →

**DEFENDANT'S EXHIBIT**
1

AMENDED
AN
EXCEPTED 88 →

B)

<cgooldin@micheis-lundquist.com> wrote.
Since the life lease we gave you in 2019 has
never been properly completed, I am going to
make a new lease with the option for you to
buy the property.
I will mail it to you in the next few weeks. You
can just mail the $50.00 for rent until the
new lease is completed. A reminder that
anyone living on the property besides you
increases the rent $125.00 per person.
Also just to let you know I will be coming up
to pick up the tall ladder and some tools I
need here soon.

D)

Cheryl Gooldin - cgooldin
.com

Burns ChickenFARM -
burnschickenfarm@gmail.com

Date  May 15 2021, 1:27 PM

Standard encryption (TLS)
View security details

Just to make things easier, why don't you write a
new lease with the option to buy for $25,000.
Include down payment amount and monthly
payment schedule. If you don't want to buy leave
that part out.
Also, I will not be up for a week or so. Please do not
leave electric tools out by the cabin.

53

1:06                              ....!! LTE ▭

<                April 8          Edit  ⊙
                 5:38 PM

(B)

DIXIE CO CLERK OF
APR 29 2024 PH12:55

E)

On Wed, May 2021, 10:35 AM Cheryl Gooldin
<cgooldin@micheis-lundquist.com> wrote:
As far as the back rent is concerned, there is
none. I have tried to help you out by paying you to
work on the shed, and bringing you food and
letting the rent payments slide.
HOWEVER if you own John money, you will need
to pay him back.
I think you are responsible enough to pay the
$50.00 per month rent. But if you have to choose
between food and rent, just let me know.
I am not trying to make this hard, and we bought
the property so you would never be homeless
again. But if you do not want to live there, you can
move. Just know that if you move out, you will
always be welcome back.
Whatever stage of life you are struggling through,

F)

Cheryl Gooldin  5:31 PM
me

From  Cheryl Gooldin - cgooldin@micheis-lundquist
.com

Burns ChickenFARM -
burnschickenfarm@gmail.com

Date  May 14, 2021, 5:38 PM

Standard encryption (TLS)
View security details

I was hoping the new lease with the option to buy
the property would make you feel more secure in
your future. You have not even seen the offer and
you are ready ranting about me trying to screw you.
I was hoping that we could work out a deal that you
could buy the property over time. I thought that is
what you wanted.
I will let you know when we will be up so you can

No. 1330000105

**RADIANT CREDIT UNION**
4440 NW 25th PLACE • GAINESVILLE, FL 32606 • (352) 381-5200

NCUA

Acct: 0000149415 Teller: 1397 Date: 03/04/24 Time:  9:10am
------------------------------------------------------------------
See receipt for reference
------------------------------------------------------------------
Check Number: 00 1330000105
Purpose  : SHARE WITHDRAWAL
Amount : $666.00
Pay to : CHERYL AND JOHN GOOLDIN
          RE: KEVIN LEE BURNS

A stop payment order will be accepted after 90 days of the issuance of
this check provided it is lost, stolen or destroyed and a Declaration of
Loss and Indemnity Agreement has been properly executed.

**OFFICIAL CHECK**

No. 1330000105

63-7845
2631

**RADIANT**
CREDIT UNION
4440 NW 25TH PLACE • GAINESVILLE, FL 32606 • (352) 381-5200

03/04/24

Pay *** SIX HUNDRED SIXTY-SIX DOLLARS AND 00 CENTS ***

$666.00

**VOID AFTER 90 DAYS**

To The Order Of CHERYL AND JOHN GOOLDIN
          RE: KEVIN LEE BURNS

AUTHORIZED SIGNATURE

⑈1330000105⑈ ⑆263178452⑆    800 10 100⑈

54

Filing # 195370171 E-Filed 04/03/2024 10:57:19 AM

IN THE COUNTY COURT
IN AND FOR DIXIE COUNTY, FLORIDA.

JOHN GOOLDIN and
CHERYL GOOLDIN,

    Plaintiffs,

v.

                                              CASE NUMBER: 15-2024-CC-

KEVIN BURNS

    Defendant.
_____/

## COMPLAINT FOR TENANT EVICTION

PLAINTIFFS, John Gooldin and Cheryl Gooldin, sue Defendant, Kevin Burns, and allege:

1.    This is an action to evict a tenant from real property in Dixie County, Florida.

2.    Plaintiffs own the following described real property in Dixie County, Florida, particularly described as 1498 NE 239TH Avenue, Old Town, Florida 32680.

3.    Defendant has possession of the property under a written agreement to pay rent of $50.00 a month payable by the 5th of each month. The agreement also provides that *"failure to pay the monthly fee for a period of 6 or more months will void this agreement."* The agreement is attached and made part of this Complaint as Plaintiff's Exhibit A.

4.    Defendant failed to pay rent (fee) due for a period of six months, commencing August, 2023.

5.    On March 1, 2024, Plaintiffs served Defendant with a notice of intent to terminate lease per section 83.57, Fla.Stat.. As of April 1, 2024, Defendant has not moved vacated the premises. A copy of this notice is attached to, and made part of, this Complaint as Plaintiff's Exhibit B.

6.    Plaintiffs are entitled to the summary procedure provided in Florida Statutes Chapter 51.

7.    Plaintiffs are entitled to an award of costs and reasonable attorney's fees pursuant to Florida Statutes Sections 83.59(4) and 83.625.

WHEREFORE Plaintiffs demand judgment against Defendant for the following: 

*LEARN How Republican Landlord, by Ex-Judges who pay the eviction Judge to handle their eviction argument. See video proof @ video public and 3rd Circuit Court Case*

**THE GRIFFIS LAW FIRM, LLC**

STANLEY H. GRIFFIS III

GAINESVILLE PHONE
352-681-4529

CHIEFLAND PHONE
352-535-2948

April 5, 2

Kevin Lee Burns
Via hand delivery
Through process server

Re:    Gooldin v. Burns

Dear Mr. Burns;

Please find attached the payment you provided to Mr. and Mrs. Gooldin payment is not being accepted and is being returned.

By: *Stanley H. Griffis III*
STANLEY H. GRIFFIS, III
Florida Bar No. 118755
13 SE 1ST Avenue
Chiefland, Florida 32626
Tel.: (352) 535-2948
E-Mail: Stan@GriffisLawOffice.com
Attorney for Plaintiffs

Sincerely,

/s/ Stanley H Griffis

Stanley H. Griffis III

56

2.    The amount of rent due, unpaid and owing.
3.    Costs and reasonable attorney fees.
4.    And for further relief the court deems fair and proper.

VERIFICATION

STATE OF FLORIDA
COUNTY OF: Pasco

We, John Gooldin and Cheryl Gooldin, being duly sworn, say we are the Plaintiffs in the above-entitled action. We have read the foregoing complaint and know the contents of the complaint. The contents are true to the best of our knowledge.

Cheryl Gooldin

John Gooldin

DIXIE CO CLERK O
JAN 23 2025 PM 4:3

-A



**MICHELS &**
**LUNDQUIST**
FUNERAL HOME & CREMATION SERVICES

KEVIN BURNS DROPPED
OFF $300.00 CASH
FOR CHERYL Gooldin on
APRIL 11, 2023 @ 1406
RECEIVED BY Jon Phillips
            JON PHILLIPS

X $\cancel{P}$

**727-845-1957**
**5228 Trouble Creek Rd. · New Port Richey, Florida 34652**
**www.Michels-Lundquist.com**

No Decipt for Rent given

WITNESS AFFIDAVIT
I paid my Rent in cash For April 1/2 for 6 months
till Sep. 5 meaning I was Not Even 6 month.
late when the filing took place.
                            Δ
                        to Evict.
Making the Contract violation invalid per COURT

DIXIE CO CLERK OF
APR 29 2024 PM 1:08

IN THE COUNTY COURT OF THE THIRD JUDICIAL CIRCUIT, IN
AND FOR DIXIE COUNTY, FLORIDA

*A-A*

JOHN GOOLDIN and
CHERYL GOOLDIN
        Plaintiff,
                                      CASE NUMBER:  24-CC-35
v.
KEVIN BURNS
        Defendant.
_____/

## FINAL JUDGMENT OF EVICTION

    THIS CAUSE came before the Court via Zoom teleconference from Courtroom B of the Dixie County Courthouse, Cross City, Florida on April 29, 2024 on Plaintiffs' Complaint for Eviction. Plaintiffs were present before the Court with counsel, Stanley H. Griffis, III. Defendant Kevin Burns was present in person. At hearing, the Plaintiff Cheryl Gooldin, through testimony, attested to the validity of the complaint and established the termination for non-payment. Defendant argued that although he did not pay rent of $50 per month, that he did pay for internet services at a rate of $65 per month. Defendant further testified that an email communication between he and Plaintiff Cheryl Gooldin was sufficient writing to alter the terms of the April 1, 2020 written contract. After review of the Court file and hearing the testimony of the parties, the Court finds as follows:

1. The Lease Agreement attached to the Complaint is valid and enforceable.
2. The Defendant testified that he did not pay the lease fee to the Plaintiffs because an injunction prevented him from doing so. He further testified that he attempted to pay the monies into the registry of the Court in a separate case and those funds were rejected by the Clerk.
3. The email communication between the parties was not executed by all parties and therefore does not amend the April 1, 2020 contract.

Accordingly, it is ORDERED and ADJUDGED as follows:

A. Plaintiff's complaint for eviction is GRANTED.
B. Defendants shall VACATE the property located at 1498 NE 239th Avenue, Old Town, Florida 32680 by May 9, 2024.
C. Defendant Burns is required to remove his animals and personal belongings on or before May 9, 2024.

CHIEFLAND PHONE
352-535-2948

Re: Gooldin v. Burns

Dear Mr. Burns;

Please find attached the payment you provided to Mr. and Mrs. Gooldin. Said payment is not being accepted and is being returned.

By: *Stanley H. Griffis III*
STANLEY H. GRIFFIS, III
Florida Bar No. 118755
13 SE 1ST Avenue
Chiefland, Florida 32626
Tel.: (352) 535-2948
E-Mail: Stan@GriffisLawOffice.com
Attorney for Plaintiffs

Sincerely,

/s/ Stanley H Griffis

Stanley H. Griffis III

56

2. The amount of rent due, unpaid and owing
3. Costs and reasonable attorney fees.
4. And for further relief the court deems fair and proper

## VERIFICATION

STATE OF FLORIDA
COUNTY OF : Pasco

We, John Gooldin and Cheryl Gooldin, being duly sworn, say we are the Plaintiffs in the above-entitled action. We have read the foregoing complaint and know the contents of the complaint. The contents are true to the best of our knowledge.

John Gooldin

Cheryl Gooldin

SUBSCRIBED AND SWORN TO BEFORE ME on April 2nd, 2024, to certify my hand